IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MJT SECURITIES, LLC,                                No. C 03-3815 CW

       Plaintiff,

  v.                                                ORDER

TORONTO-DOMINION BANK; TD OPTIONS,
LLC; and DOES 1 through 25,

       Defendants.
_____/

    Plaintiff MJT Securities appealed this Court's dismissal of its action against Defendants.  The Ninth Circuit affirmed in part, reversed in part and remanded.  In its decision, the Ninth Circuit noted that its conclusion that Plaintiff plead a claim for aiding and abetting a fiduciary's breach of trust was not based upon the recent decision in <u>Casey v. United States Bank National Association</u>, 127 Cal. App. 4th 1138 (2005), and stated that the Court may consider the impact, if any, of <u>Casey</u> on this case.

1  The parties are ordered to file briefs addressing <u>Casey</u>.
2 Defendants' brief, not to exceed ten pages, is due within fourteen
3 days from the date of this order.  Plaintiff's brief, also not to
4 exceed ten pages, is due fourteen days after Defendants' brief is
5 filed.  Defendants may file a reply, not to exceed four pages, no
6 later than seven days after Plaintiff's brief is filed.  A case
7 management conference will be held on September 22, 2006 at 1:30
8 p.m.  The parties' joint case management statement will be due on
9 September 15, 2006.
10  IT IS SO ORDERED.

12 Dated: 6/30/06

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

2