1   SHARTSIS FRIESE LLP
    FRANK A. CIALONE (Bar #172816)
2   DONNA M. HERZING (Bar #212434)
    TRACY A. DONSKY (Bar #197114)
3   One Maritime Plaza, Eighteenth Floor
    San Francisco, CA 94111
4   Telephone: (415) 421-6500
    Facsimile: (415) 421-2922
5   Email: fcialone@sflaw.com

6   Attorneys for Plaintiff
    MJT SECURITIES, LLC
7

# E-FILED

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  MJT SECURITIES, LLC,                    Case No. C-03-03815 CW

13              Plaintiff,                  **MJT'S MOTION TO FILE UNDER SEAL**
                                            **CONFIDENTIAL EXHIBITS TO REPLY**
14  v.                                      **DECLARATION OF DONNA M.**
                                            **HERZING IN SUPPORT OF MJT'S**
15  THE TORONTO-DOMINION BANK, TD           **MOTION TO COMPEL; SUPPORTING**
    OPTIONS, LLC., and DOES 1 through 25,   **DECLARATION OF DONNA M.**
                                            **HERZING; [PROPOSED] ORDER**
16              Defendants.
                                            [Administrative Motion, L.R. 7-11]
17                                          Date:     February 7, 2007
                                            Time:     10:30 a.m.
18                                          Judge:    Hon. Edward M. Chen
19
                                            Trial Date:  December 3, 2007
20                                          Complaint Filed:   July 16, 2003

21                              **MOTION**

22      Pursuant to Civil Local Rules 7-11 and 79-5, plaintiff MJT Securities, LLC ("MJT")

23  moves to file under seal Exhibits A and C through H to the Reply Declaration of Donna M.

24  Herzing in Support of MJT's Motion to Compel.

25      Pursuant to the September 19, 2006 Stipulated Protective Order in place in this case, MJT

26  requests that the Court order that the Clerk file under seal Exhibits A and C through H. Each of

27  these exhibits has been designated as confidential or highly confidential pursuant to the Stipulated

28  Protective Order and/or a Confidentiality Agreement entered into between MJT and JSS. While

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

1 MJT does not agree with TD's grossly overbroad designation of documents as "Highly
2 Confidential--Attorneys' Eyes Only," MJT is forced to file such documents under seal pursuant to
3 the terms of the Stipulated Protective Order.

4 DATED:    January 24, 2007                    SHARTSIS FRIESE LLP

5

6                                              By:_____/s/_____
7                                                    DONNA M. HERZING

8                                              Attorneys for Plaintiff
                                               MJT SECURITIES, LLC
9

10                        **DECLARATION OF DONNA M. HERZING**

11    1.    I am an attorney duly licensed to practice in the state of California and counsel of
12 record for plaintiff MJT Securities, LLC ("MJT") in this matter. I have personal knowledge of
13 the matters stated in his declaration and, if called upon as a witness, could testify competently to
14 them.

15    2.    MJT seeks to file under seal the following documents: (1) Exhibit A (Excerpts of
16 the January 30, 2003 transcript of arbitration proceedings between MJT and JSS Investments,
17 LLC ("JSS") before the Pacific Exchange); (2) Exhibit C (a document entitled "Assessing the
18 opportunity for Establishing a Listed Option Market Making Capability for TD in the U.S.
19 Market" that was produced by TD in this litigation); (3) Exhibit D (Excerpts of the December 5,
20 2006 deposition of Jason Marks); (4) Exhibit E (Excerpts of the December 6, 2006 deposition of
21 Michael Faralla); (5) Exhibit F (Marks Deposition Exhibit 6--a document entitled, "Maximizing
22 the Value of Equity Options Order Flow" that was produced by TD in this litigation); (6) Exhibit
23 G (Marks Deposition Exhibit 12--an October 18, 2001 email with attachments that was produced
24 by TD in this litigation); and (7) Exhibit H (Excerpts of Marks Deposition Exhibit 22--a
25 document entitled, "Projects Shoals LETCO Specialist Post Value Analysis" that was produced
26 by TD in the arbitration between MJT and JSS).

27    I declare under penalty of perjury under the laws of the United States of America that the

28

- 2 -
Case No.              MJT'S MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL
C-03-03815 CW

1   foregoing is true and correct.  Executed on January 24, 2007.

2

3                                                    /s/ Donna M. Herzing

4                                    **ORDER**

5        IT IS ORDERED that the Clerk of the Court shall file Exhibits  C THROUGH  H

6   under seal.  MJT SHALL PUBLICLY FILE EXHIBIT A.  THIS ORDER DISPOSES OF
                                    DOCKET N° 93.
7   DATED:   FEB. 5, 2007

8                                    _____
                                    HON. EDWARD M. CHEN
9                                    U.S. MAGISTRATE JUDGE

10  5685\004\DHERZING\1411874.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
Case No.                MJT'S MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL
C-03-03815 CW

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111