1
2
3
4
5

STEIN & LUBIN LLP
Theodore A. Griffinger, Jr. (SBN 66028)
Jonathan Sommer (SBN 209179)
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Telephone:    (415) 981-0550
Facsimile:    (415) 981-4343
tgriffinger@steinlubin.com
jsommer@steinlubin.com

6
7

Attorneys for Defendants
THE TORONTO-DOMINION BANK, TD
OPTIONS, LLC

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

12

13

14

15

16

17

18

19

20

21

22

23

| | |
|---|---|
| MJT SECURITIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, TD OPTIONS, LLC, and DOES 1 through 25,<br><br>Defendants. | Case No. C-03-03815 CW<br><br>**TD'S AMENDED MOTION TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS TO DECLARATION OF JONATHAN E. SOMMER IN SUPPORT OF TD'S OPPOSITION TO MJT'S MOTION TO COMPEL; SUPPORTING SUPPLEMENTAL DECLARATION OF JONATHAN E. SOMMER; [PROPOSED] ORDER**<br><br>[Administrative Motion, L.R. 7-11]<br>Date:       Feb. 7, 2007<br>Time:       10:30 a.m.<br>Judge:     Hon. Edward M. Chen<br><br>Trial Date     December 3, 2007<br>Complaint Filed:     July 16, 2003 |

24

25

**MOTION**

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, defendants The Toronto-Dominion

Bank and TD Options LLC (together "TD") move to file under seal Exhibits P, S, V, W, X, Y, Z,

AA, BB, CC and DD to the Declaration Of Jonathan E. Sommer In Support Of TD's Opposition

1    to MJT's Motion to Compel ("Sommer Declaration") previously filed with the Court.

2           This case involves the sale to TD of an asset in which MJT had an interest and

3    follows a prior arbitration between MJT and JSS Investments LLC ("JSS"). On September 19,

4    2006, Judge Chen signed a Stipulated Protective Order drafted by counsel for TD and plaintiff

5    MJT Securities LLC ("MJT"). The Order closely tracked the form approved by the Northern

6    District of California. On June 26, 2002, MJT signed a Confidentiality Agreement with JSS

7    governing documents produced in their arbitration (attached as Exhibit 1 to this declaration). JSS

8    produced certain documents in the arbitration that have been marked confidential and should

9    remain protected absent agreement by JSS and TD to remove the confidentiality designation.

10          TD requests that the Court order that the Clerk file under seal the following

11   exhibits designated as confidential by TD or JSS and previously submitted to the Court with the

12   Sommer Declaration: Exhibits V (list of JSS closing documents), W (master purchase agreement

13   for JSS acquisition), X (master purchase agreement for LETCO acquisition), Y (internal briefing

14   to senior TD executives), Z (presentation to TD Bank Board of Directors), AA (TD financial

15   model), BB (internal TD presentation regarding overall deal), CC (excerpts of deposition of Jason

16   Marks) and DD (excerpts of deposition of Michael Faralla). Each of these exhibits has been

17   designated as confidential or highly confidential pursuant to the Stipulated Protective Order

18   and/or the Confidentiality Agreement because it contains confidential commercial information

19   and other sensitive information that should not be publicly disclosed. *See* Fed. R. Civ. P.

20   26(c)(7). None of the documents submitted with the Sommer Declaration concern any matter of

21   public interest, and consideration of these documents by the Court would provide the Court with a

22   better understanding of the parties' respective contentions.

23         Exhibits V & W concern the terms and conditions of sale agreements between TD

24   and JSS (and other sellers). Exhibit Z contains the terms and conditions of sale agreements

25   between TD and what is commonly referred to as the LETCO group. These sale agreements

26   contain extensive terms and conditions unrelated to this case, including information related to

27   compensation of various third parties, confidential technology licensing agreements unrelated to

28   this case, and other nonpublic agreements that are not germane to this case.

1            Exhibits Y through BB are documents pertaining to TD's internal analysis,

2    financial modeling and other thought processes concerning TD's acquisition of various market

3    makers, technology and other assets. Such documents include detailed financial models, internal

4    presentations to the Board of Directors and other confidential briefings that reveal substantial

5    information regarding how TD may consider and value potential acquisitions. As TD Options

6    remains an active market-making and trading firm on the CBOE and other exchanges, it may in

7    the future consider other acquisitions of a comparable nature. Disclosure of TD's valuation

8    techniques and thought processes would unfairly disadvantage TD in any future negotiations

9    regarding potential acquisitions.

10           Exhibits CC and DD are deposition excerpts of TD witnesses designated as

11   confidential or highly confidential, including testimony regarding consideration of the price

12   adjustment for third-party market-making businesses such as AGS (in which TD acquired only a

13   minority interest) and the sale price paid by other entities for third-party market-making

14   businesses such as KFT and Premier.

15           TD has previously filed under seal documents designated as confidential by MJT:

16   Exhibits P (audit report), S (arbitration transcripts). As these are MJT documents, TD was

17   obligated to file these documents under seal pursuant to Local Rule 79-5(d).

18           For the foregoing reasons, and the reasons set forth in the following declaration,

19   TD requests that the Court enter the proposed order attached to this amended motion to seal.

20

21   Dated: January 29, 2007          STEIN & LUBIN LLP

22

23                  By:  /s/ Jonathan Sommer
                          Jonathan Sommer

24                        Attorneys for Defendants
                          THE TORONTO-DOMINION BANK, TD

25                        OPTIONS, LLC

26           **SUPPLEMENTAL DECLARATION OF JONATHAN E. SOMMER**

27         1.     I am an attorney duly licensed to practice law in the state of California and

28

1   counsel of record for defendants The Toronto-Dominion Bank and TD Options LLC ("TD") in

2   this matter. I have personal knowledge of the matters stated in this declaration and, if called upon

3   as a witness, could testify competently to them.

4       2.    Attached as Exhibit 1 to this declaration is a copy of the Confidentiality

5   Agreement governing documents produced in the MJT-JSS arbitration.

6       3.    Attached as Exhibit V to the Declaration Of Jonathan E. Sommer In

7   Support Of TD's Opposition to MJT's Motion to Compel ("Sommer Declaration") is a list of

8   closing documents related to the transaction involving TD and JSS marked confidential by TD.

9   Exhibit V reveals confidential commercial and personal information regarding loan amounts,

10  letters of credit, the structure of the acquisition of JSS and related entities and other non-public

11  information.

12      4.    Attached as Exhibit W to the Sommer Declaration is a master purchase

13  agreement involving TD and JSS produced in the MJT-JSS arbitration and marked highly

14  confidential by JSS. This sale agreement contain extensive terms and conditions unrelated to this

15  case, including information related to compensation of JSS employees, confidential technology

16  licensing agreements unrelated to this case, and other nonpublic agreements that are not germane

17  to this case.

18      5.    Attached as Exhibit X to the Sommer Declaration is a master purchase

19  agreement involving TD and various entities generally referred to as LETCO marked highly

20  confidential by TD. This sale agreement contain extensive terms and conditions unrelated to this

21  case, including information related to nonpublic agreements that are not germane to this case.

22      6.    Attached as Exhibit Y to the Sommer Declaration is a Document titled:

23  "Confidential Internal Briefing Document; Not for Public Disclosure" marked highly confidential

24  by TD. This document is an internal presentation prepared for senior TD executives detailing

25  confidential information such as accounting information, financial information regarding the

26  potential value of the JSS and LETCO acquisitions and other non-public information.

27      7.    Attached as Exhibit Z to the Sommer Declaration is a document titled:

28  "Project Shoals: TD Bank Board of Directors; Strictly Private & Confidential" marked highly

1  confidential by TD. This document is a confidential presentation to the TD Bank Board of

2  Directors that contains detailed financial modeling and strategic analysis related to the JSS and

3  LETCO acquisitions.

4          8.      Attached as Exhibit AA to the Sommer Declaration is a proprietary

5  financial model prepared by TD and marked highly confidential by TD. The model contains 16

6  pages of confidential financial valuation and analysis related to the JSS and LETCO acquisitions

7  and reveals TD's thought processes concerning potential acquisitions.

8          9.      Attached as Exhibit BB to the Sommer Declaration is an internal

9  presentation made to TD executives regarding the acquisition of JSS. The presentation includes

10  detailed financial valuation and analysis as well as non-public financial data for non-parties and

11  reveals TD's though processes concerning potential acquisitions.

12          10.     Attached as Exhibit CC to the Sommer Declaration are deposition excerpts

13  of Jason Marks designated as confidential or highly confidential by TD. The excerpts include

14  testimony regarding consideration of the price adjustment for third-party market-making

15  businesses such as AGS (in which TD acquired only a minority interest).

16          11.     Attached as Exhibit DD to the Sommer Declaration are deposition excerpts

17  of Michael Faralla designated as confidential or highly confidential by TD. The excerpt includes

18  testimony regarding the sale price paid by other entities for third-party market-making businesses

19  such as KFT and Premier

20          I declare under penalty of perjury under the laws of the United States of America

21  that the foregoing is true and correct. Executed on January 29, 2007.

22

23                          /s/ Jonathan E. Sommer
                            Jonathan E. Sommer

24

25

26

27

28

75090002/341058v1                    5                    Case No. C-03-03815 CW

TD'S AMENDED MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL

1

**ORDER**

2     IT IS ORDERED that the Clerk of the Court shall file Exhibits P, S, V, W, X, Y,

3     Z, AA, BB, CC and DD under seal. DEFENDANTS SHALL PUBLICLY FILE EXHIBITS

4                                         P AND S. THIS ORDER DISPOSES OF DOCKET

      DATED: FEB. 5, 2007          No. 99.
5

6                                         _____
                                          HON. EDWARD M. CHEN
7                                         U.S. MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

75090002/341058v1                          6                    Case No. C-03-03815 CW