United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MJT SECURITIES, L.L.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>TORONTO-DOMINION BANK, *et al.,*<br><br>    Defendants.<br>_____/ | No. C-03-3815 CW (EMC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND DOCUMENT REQUESTS; AND GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY**<br><br>**(Docket Nos. 73, 100)** |

MJT has filed a discovery motion, asking the Court to compel TD to provide further responses to certain interrogatories and document requests. A hearing on MJT's motion to compel was held on February 7, 2007, at the conclusion of which the Court **GRANTED** in part and **DENIED** in part the motion to compel. This order memorializes the Court's oral ruling made at the hearing.

The Court rejects TD's argument that the discovery sought is not relevant. The discovery has some probative value with respect to TD's knowledge of the alleged breach of fiduciary duty by JSS. On the other hand, the discovery sought by MJT is broad, and, under Federal Rule of Civil Procedure 26(b)(2), the Court must balance the benefit and burden of the requested discovery. The Court concludes that the proper balance is to limit discovery as follows.

By March 9, 2007, TD shall provide discovery which refers to (1) the individualized valuation of AGS, KFT, and Premier and (2) any individualized valuation of other LMMs, DPMs, or

Specialists (if any) that TD purchased or considered purchasing in the JSS and LetCo transactions during the relevant time period. The Court emphasizes that there need not have been an actual or completed valuation of a LMM, DPM, or Specialist or a completed transaction; a discussion of a LMM, DPM, or Specialist's individualized value is sufficient to make it relevant.

By March 9, 2007, as part of its discovery responses, TD shall provide a declaration to MJT identifying all LMMs, DPMs, or Specialists for which there was an individualized valuation (or discussion of individualized value) and certifying that there are no other LMMs, DPMs, or Specialists for which there was an individualized valuation (or discussion of individualized value).

TD's motion for leave to file a sur-reply is **GRANTED**.

This order disposes of Docket Nos. 73 and 100.

IT IS SO ORDERED.

Dated: February 7, 2007

EDWARD M. CHEN
United States Magistrate Judge

2