SHARTSIS FRIESE LLP
FRANK A. CIALONE (Bar #172816)
DONNA M. HERZING (Bar #212434)
TRACY A. DONSKY (Bar #197114)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: fcialone@sflaw.com

Attorneys for Plaintiff
MJT SECURITIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MJT SECURITIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE TORONTO-DOMINION BANK, TD OPTIONS, LLC., and DOES 1 through 25,<br><br>    Defendants. | Case No.  C-03-03815 CW<br><br>**MJT'S MOTION TO WITHDRAW INCORRECTLY E-FILED DOCUMENT AND TO FILE UNDER SEAL; SUPPORTING DECLARATION OF DONNA M. HERZING; [~~PROPOSED~~] ORDER**<br><br>[Administrative Motion, L.R. 7-11]<br>Date:      February 7, 2007<br>Time:     10:30 a.m.<br>Judge:    Hon. Edward M. Chen<br><br>Trial Date:    December 3, 2007<br>Complaint Filed:    July 16, 2003 |

## MOTION

On January 24, 2007, MJT incorrectly e-filed its Reply Memorandum in Support its Motion to Compel Further Responses to First Set of Interrogatories and First Set of Requests for Production of Documents. The Reply Memorandum contained references to documents and testimony that have been designated "Highly Confidential" by the defendants and, therefore, it should have been filed under seal pursuant to the Protective Order in place in this action. MJT thus requests that the Reply Memorandum filed by MJT on January 24, 2007, designated as Document #90, be removed from the Court's electronic docket and that, pursuant to Civil Local

- 1 -

| Case No.<br>C-03-03815 CW | MJT'S MOTION TO WITHDRAW INCORRECTLY E-FILED<br>DOCUMENT AND TO FILE UNDER SEAL |

Rules 7-11 and 79-5, the document be filed under seal.

DATED: January 25, 2007                    SHARTSIS FRIESE LLP


By:_____/s/_____
    DONNA M. HERZING

Attorneys for Plaintiff
MJT SECURITIES, LLC


### DECLARATION OF DONNA M. HERZING

1. I am an attorney duly licensed to practice in the state of California and counsel of record for plaintiff MJT Securities, LLC ("MJT") in this matter. I have personal knowledge of the matters stated in this declaration and, if called upon as a witness, could testify competently to them.

2. On January 24, 2007, MJT inadvertently e-filed its Reply Memorandum in Support of its Motion to Compel Further Responses to First Set of Interrogatories and First Set of Requests for Production of Documents. This document contains references to documents and testimony that have been designated "Highly Confidential" by defendants and, therefore, MJT should have filed the Reply Memorandum under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 25, 2007.

_____/s/ Donna M. Herzing_____

### ORDER

IT IS ORDERED that the Clerk of the Court shall withdraw the incorrectly e-filed Reply Memorandum and file the document under seal.

DATED: June 26, 2007

_____
HON. EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

5685\004\DHERZING\1412470.1