IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MJT SECURITIES, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>THE TORONTO-DOMINION BANK; TD OPTIONS, LLC; and DOES 1 through 25,<br><br>      Defendants.<br>_____/ | No. C 03-3815 CW<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO FILE UNDER SEAL (DOCKET NO. 129) |

    Pursuant to Local Rule 79-5, Defendants The Toronto-Dominion Bank and TD Options, LLC ask to file under seal documents and exhibits in support of their motion for summary judgment.  Most of these documents Defendants have designated confidential; some of the documents at issue Plaintiff has designated confidential. Plaintiff, however, does not object to the exhibits allegedly containing its confidential information being filed in the public record.

    Therefore, having considered all of the parties' papers, and good cause appearing, the Court orders that the following documents shall be filed under seal: Defendants' Notice of Motion and Motion

for Summary Judgment, the Declaration of Jason Marks in Support of Defendants' Motion for Summary Judgment and Exhibits 1 and 3-6 to that declaration; the Declaration of Scott Kilrea in Support of Defendants' Motion for Summary Judgment and Exhibits A and B to that declaration; the Declaration of Gordon Goldthorpe in Support of Defendants' Motion for Summary Judgment and Exhibit 1 to that declaration; the Declaration of Michael Faralla in Support of Defendants' Motion for Summary Judgment and Exhibits 1 and 2 to that declaration; the Declaration of Evan Kimmel in Support of Defendants' Motion for Summary Judgment and Exhibit 1 to that declaration; and Exhibits 2-3, 5, 7-9 and 12-13 to the Declaration of Jonathan Sommer in Support of Defendants' Motion for Summary Judgment (Sommer declaration).

    Because Plaintiff has no objection to Exhibits 6 and 19-22 to the Sommer Declaration being filed in the public record, Exhibits 6 and 19-22 shall not be filed under seal. Within five days of the date of this order, Defendants shall file in the public record Exhibits 6 and 19-22 to the Sommer declaration.

    IT IS SO ORDERED.

Dated: 7/13/07

_____
CLAUDIA WILKEN
United States District Judge